

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Henry Francisco Ayala Martinez

**Civil Action No.**   26-cv-00905-LL-BJW

**Plaintiff,**

**V.**

Warden, Otay Mesa Detention Center

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's  Amended Petition for Writ of Habeas Corpus is Granted.

**Date:**          4/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy